IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK NELLOM,<br>    Plaintiff, | :<br>:<br>: |
| v. | :   Case No. 2:22-cv-268-JDW |
|  | : |
| EXELON CORPORATION, *et al.*,<br>    Defendants. | :<br>: |

### ORDER

AND NOW, this 14th day of February, 2022, upon consideration of Plaintiff Frank Nellom's Motion to Proceed *In Forma Pauperis* (ECF No. 2), and *pro se* Amended Complaint (ECF No. 7) it is **ORDERED** as follows:

1. The Motion To Proceed *In Forma Pauperis* (ECF No. 2) is **GRANTED** pursuant to 28 U.S.C. § 1915;

2. The Amended Complaint is **DEEMED** filed;

3. The Amended Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B) for the reasons in the Court's accompanying Memorandum; and

4. The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**