# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANK NELLOM,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 2:22-CV-0268-JDW |
| | : | |
| **EXELON CORPORATION,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 28th day of July, 2022, upon consideration of Plaintiff Frank Nellom's Application for Relief from Judgment (ECF No. 17), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**